UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 16-108-JLS |
|---|---|
| Plaintiff, | ORDER RE: DETENTION OF DEFENDANT IN FEDERAL CUSTODY |
| v. | |
| KEVIN FRANK RASHER, | |
| Defendant. | |

It is hereby ordered that:

1. Defendant KEVIN FRANK RASHER ("defendant") is to remain in federal custody pending trial in the above-captioned case, subject to the provisions below.

2. In order to expedite his transfer to state custody pursuant to state writs as set forth below, the U.S. Marshals are ordered to detain defendant at the Santa Ana City Jail while defendant is in federal pretrial custody.

3. The U.S. Marshals are further ordered to honor writs issued by state authorities to transfer defendant to state custody for all state court proceedings, provided that such writs do not interfere with defendant's scheduled federal court appearances.

4. The Court requests that state authorities return defendant to federal custody as soon as possible after state court proceedings.

IT IS SO ORDERED.

DATED: November 03, 2016

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

**CC: U.S. MARSHAL**